**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| UNITED STATES OF AMERICA, and THE STATE OF WASHINGTON,<br><br>Plaintiffs,<br><br>v.<br><br>THE BOEING COMPANY, *et al.*,<br><br>Defendants. | Case No. 2:26-cv-00738-RSM<br><br>ORDER ENTERING CONSENT DECREE |

For the reasons set forth in Plaintiffs' unopposed Motion to Enter Consent Decree, filed on September 16, 2026, Dkt. No. 7, and finding good cause therefor, this Court approves and enters the proposed Consent Decree lodged with this Court on March 4, 2026, Dkts. #2-1 to #2-7. This case is CLOSED.

IT IS SO ORDERED.

DATED this 21st day of September, 2026.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE